RUUD MFG. CO. v. PITTSBURG WATER HEATER CO.

(Circuit Court of Appeals, Second Circuit.   May 12, 1913.)

No. 224.

PATENTS (§ 328*)—VALIDITY AND INFRINGEMENT—WATER HEATER.

The Ruud patent, No. 903,007, for a water heater, *held* not anticipated and valid; also infringed as to claims 3, 5, and 6, and not infringed as to claim 10.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in equity by the Ruud Manufacturing Company, against the Pittsburg Water Heater Company.   Decree for complainant on part of its claim of infringement, and it appeals.   Affirmed.

For opinion below, see 200 Fed. 426.

S. T. Cameron, Reeve Lewis, C. A. L. Massie, and R. L. Scott, all of New York City, for appellant.

Gifford & Bull, of New York City (J. Edgar Bull, of New York City, and Paul Synnestvedt and James C. Bradley, both of Pittsburgh. Pa., of counsel), for appellee.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM.   The bill charged infringement of claims 3, 5, 8, and 10 of patent to Ruud, No. 903,007.   The District Judge held all the claims valid, and all infringed, except claim 10.   In this court the defendant contests only claim 10.

The decree of the District Court is affirmed. and as to claim 10 on the opinion of Judge Mayer.